# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NICK PEARSON, et al., and RICHARD JENNINGS ) | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
|     Plaintiffs-Appellees ) | |
|     Cross-Appellants, ) | |
| ) | No. 1:11-cv-07972 |
| Nos. 14-1198, 14-1227, 14-1244, ) | |
| 14-1245, 14-1247 and 14-1389 ) | Hon. James B. Zagel, Judge. |
| ) | |
| V. ) | **Case No. 14-1389** |
| ) | |
| NBTY, INC., a Delaware corporation, et al., ) | Consolidated Lead Case No. 14-1198 |
|     Defendants-Appellees. ) | |
| and ) | |
| APPEALS OF: ) | |
|    THEODORE H. FRANK, ) | |
|    SIMONE THOMAS, PEGGY ) | |
|    THOMAS, KATHLEEN MCNEAL ) | |
|    and ALISON PAUL, ) | |
|     Objectors-Appellants ) | |
|     Cross-Appellants ) | |

## APPELLANTS KATHLEEN MCNEAL AND ALISON PAUL'S DOCKETING STATEMENT

**District Court's Jurisdiction.** This case was filed in the district court on November 9, 2011. A First Amended Complaint was filed on June 14, 2012. The district court has jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), because the case was a nationwide class action. Plaintiff Nick Pearson is an individual and a citizen of the State of Illinois. Defendant Target is a Minnesota corporation doing business in Illinois. Defendant NBTY Inc. was organized and existing under the laws of the state of Delaware and is headquartered in Ronkonkoma, New York. There was also a reasonable probability that claimed damages exceed $5 million.

1

**Appellate Jurisdiction.** The Court's jurisdiction exists pursuant to 28 U.S.C. §1291. The District Court entered its Memorandum Opinion and Order (USDC ILND Docket No. 143) on January 3, 2014 and its Final Judgment and Order (USDC ILND Docket No. 144) on the January 22, 2014.

Appellants Kathleen McNeal and Alison Paul, class members who filed objections, timely filed their Notice of Appeal on February 21, 2014, (USDC ILND Dkt No. 175).

**Related Proceedings.** Case Nos.:

14-1198 – Appeal filed by Theodore Frank on January 29, 2014.

14-1227 – Cross-appeal initiated on February 3, 2014 by named plaintiffs Pearson, Padilla, Linares, Blanco, and Gonzalez.

14-1244 – Appeal filed by Simone Thomas on February 4, 2014.

14-1245 – Appeal filed by Richard Jennings on February 4, 2014.

14-1247 – Appeal filed by Peggy Thomas on February 2, 2014

All appeals were consolidated on February 26, 2014.

Respectfully Submitted,

Dated: March 7, 2014     By: /s/ Joseph Darrell Palmer

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Phone: (858) 215-4064
Fax: (866) 583-8115
Email: darrell.palmer@palmerlegalteam.com

Counsel for Objector-Appellants Kathleen McNeal and Alison Paul

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2014, I electronically filed the foregoing with the Clerk of the Court of the Seventh Circuit Court of Appeals by using the Appellate CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the Appellate CM/ECF system.


    /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objectors/Appellants